USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COLEMAN

      Plaintiff,

    v.

CITY OF NEW YORK, NYPD OFFICE
JOHANNY BEISSEL, OFFICERS JOHN
AND JANE DOE #1-10

      Defendants.

No. 18-CV-11819 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff Brian Coleman brought this action against Defendants seeking damages pursuant to 42 U.S.C. §§ 1981, 1983, 1985, 1988, the United States Constitution, and the New York State Constitution. On January 7, 2020, the Court granted the parties' request to extend the time to complete fact discovery by seven weeks, until April 30, 2020. On March 18, 2020, the Court granted the parties' subsequent request to stay this action until October 16, 2020 in light of the COVID-19 pandemic. As of today's date, the stay is lifted.

  No later than October 26, 2020, the parties shall submit a joint letter updating the Court as to the status of the case and proposing next steps in this action.

SO ORDERED.

Dated: October 19, 2020
    New York, New York

                    Ronnie Abrams
                    United States District Judge