USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN COLEMAN

                Plaintiff,

       v.                                     No. 18-CV-11819 (RA)

CITY OF NEW YORK, NYPD OFFICE          ORDER
JOHANNY BEISSEL, OFFICERS JOHN AND
JANE DOE #1-10

                Defendants.

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff Brian Coleman brought this action against Defendants seeking damages pursuant to 42 U.S.C. §§ 1981, 1983, 1985, 1988, the United States Constitution, and the New York State Constitution.  On January 7, 2020, the Court granted the parties' request to extend the time to complete fact discovery by seven weeks, until April 30, 2020.  On March 18, 2020, the Court granted the parties' subsequent request to stay this action until October 16, 2020 in light of the COVID-19 pandemic.  On October 26, 2020, the Court again stayed the action due to the ongoing pandemic.  As of today's date, the stay is lifted.

      No later than January 11, 2021, the parties shall submit a joint letter updating the Court as to the status of the case and proposing next steps in this action.

SO ORDERED.

Dated:    December 28, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge