

**JAMES E. JOHNSON**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

Application granted.  The post-discovery conference is hereby adjourned until April 9, 2021 at 2:30 p.m. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

VIA E.C.F.
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____

Hon. Ronnie Abrams
March 5, 2021

RE:     Brian Coleman v. City of New York, et al.,
18-CV-11819 (RA)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York and New York City Police Department Sergeant Johanny Beissel (collectively, "Defendants") in the above referenced matter. The Defendants write to respectfully request an adjournment of the April 2, 2021 Conference. Plaintiff consents to the instant adjournment request. This is the Defendants' first request to adjourn the April 2, 2021 Conference.

On December 29, 2020, the Court scheduled a post-discovery conference for April 2, 2021, at 11 a.m. (See Dkt. No. 54.) However, due to a scheduling conflict concerning a personal matter, the undersigned is unable to appear for the April 2, 2021 Conference. Thus, the Defendants respectfully request an adjournment of the April 2, 2021 Conference.

The parties have conferred, and respectfully note that they are available to participate in a post-discovery conference on April 7, 8, or 9.

Accordingly, the Defendants respectfully request an adjournment of the April 2, 2021 Conference to either April 7, 8, or 9, or to a later date convenient for the Court.

The Defendants thank the Court for its consideration.

Respectfully submitted,

_/s/  Nicolette Pellegrino_

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:    VIA E.C.F.
          Gregory William Zenon, Esq.
          *Attorney for Plaintiff*