

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

March 18, 2021

VIA E.C.F.
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    RE:    Brian Coleman v. City of New York, et al.,
              18-CV-11819 (RA)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York and New York City Police Department Sergeant Johnny Beissel (collectively, "Defendants") in the above referenced matter. Defendants write to respectfully inform the Court that the parties have reached a settlement agreement in this matter. As such, the Defendants respectfully request that the Court adjourn all conferences and deadlines *sine die* to afford the parties the opportunity to finalize the settlement paperwork and submit a Stipulation and Order of Dismissal for the Court's endorsement. Plaintiff consents to this request.

       Defendants thank the Court for its consideration.

                                        Respectfully submitted,

                                        /s/ *Nicolette Pellegrino*
                                        Nicolette Pellegrino
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

CC:    VIA FIRST CLASS MAIL
        Mr. Brian Coleman
        *Plaintiff Pro Se*
        200 E. 131 Street, 6B
        New York, New York 10037

Application granted.  By no later than April 19, 2021, the parties shall update the Court as to the status of settlement.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 19, 2021