

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

April 19, 2021

VIA E.C.F.
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:     Brian Coleman v. City of New York, et al.,
        18-CV-11819 (RA)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division
of the New York City Law Department and the attorney representing the City of New York and
New York City Police Department Sergeant Johanny Beissel (collectively, "Defendants") in the
above referenced matter. Defendants write on behalf of the parties to update the Court as to the
status of settlement.

        By way of relevant background, on March 18, 2021, the Defendants wrote to the
Court to respectfully inform the Court that the parties had reached a settlement agreement in this
matter and to request that the Court adjourn all conferences and deadlines *sine die*. (See Dkt. No.
59.)

        On March 19, 2021, the Court granted the Defendants' application, and directed
the parties to, by no later than April 19, 2021, "update the Court as to the status of settlement."
(See March 19, 2021 Dkt. Entry.)

        Since filing their March 18, 2021 Letter Application, the Defendants drafted the
necessary settlement paperwork and mailed the paperwork to Plaintiff for his review, execution,
and return. However, though the paperwork was mailed to Plaintiff over two weeks ago, Plaintiff
recently informed the undersigned that he has still not received the settlement paperwork. Thus,
the Defendants are in the process of printing and mailing another set of the settlement paperwork

to Plaintiff.[1]

Defendants thank the Court for its consideration.

Respectfully submitted,

__/s/  *Nicolette Pellegrino*_____

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   VIA FIRST CLASS MAIL
Mr. Brian Coleman
*Plaintiff Pro Se*
200 E. 131 Street, 6B
New York, New York 10037

---

[1] Due to the ongoing circumstances surrounding the Coronavirus Pandemic, defense counsel has been directed to work from home. While defense counsel's office does have a plan in place to print and mail certain items, and though defense counsel has submitted a request for the settlement paperwork to be printed and mailed again to Plaintiff, she has not yet received confirmation that the documents have again been printed and mailed. Nevertheless, defense counsel anticipates that the paperwork will be printed and mailed again to Plaintiff this week.

2