

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICOLETTE PELLEGRINO**
*Assistant Corporation Counsel*
Phone: (212) 356-2338
Fax: (212) 356-3509
Email: npellegr@law.nyc.gov

April 19, 2021

VIA E.C.F.
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    Brian Coleman v. City of New York, et al.,
                  18-CV-11819 (RA)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing the City of New York and New York City Police Department Sergeant Johanny Beissel (collectively, "Defendants") in the above referenced matter. Defendants write on behalf of the parties to update the Court as to the status of settlement.

        By way of relevant background, on March 18, 2021, the Defendants wrote to the Court to respectfully inform the Court that the parties had reached a settlement agreement in this matter and to request that the Court adjourn all conferences and deadlines *sine die*. (See Dkt. No. 59.)

        On March 19, 2021, the Court granted the Defendants' application, and directed the parties to, by no later than April 19, 2021, "update the Court as to the status of settlement." (See March 19, 2021 Dkt. Entry.)

        Since filing their March 18, 2021 Letter Application, the Defendants drafted the necessary settlement paperwork and mailed the paperwork to Plaintiff for his review, execution, and return. However, though the paperwork was mailed to Plaintiff over two weeks ago, Plaintiff recently informed the undersigned that he has still not received the settlement paperwork. Thus, the Defendants are in the process of printing and mailing another set of the settlement paperwork

to Plaintiff.[1]

        Defendants thank the Court for its consideration.

Respectfully submitted,

    /s/ *Nicolette Pellegrino*

Nicolette Pellegrino
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   <u>VIA FIRST CLASS MAIL</u>
       Mr. Brian Coleman
       *Plaintiff Pro Se*
       200 E. 131 Street, 6B
       New York, New York 10037

By no later than June 18, 2021, the parties shall submit a status letter updating the Court on the status of settlement.

SO ORDERED.

Hon. Ronnie Abrams
April 20, 2021

---

[1] Due to the ongoing circumstances surrounding the Coronavirus Pandemic, defense counsel has been directed to work from home. While defense counsel's office does have a plan in place to print and mail certain items, and though defense counsel has submitted a request for the settlement paperwork to be printed and mailed again to Plaintiff, she has not yet received confirmation that the documents have again been printed and mailed. Nevertheless, defense counsel anticipates that the paperwork will be printed and mailed again to Plaintiff this week.