USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COLEMAN,

            Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

            Defendants.

18-CV-11819 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court understands that the parties have reached a settlement agreement in this matter, but that Plaintiff has yet to execute and return the settlement paperwork sent to him by Defendants. While Plaintiff is under no obligation to settle this matter with Defendants, he must diligently pursue his claims or else risk dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

    Accordingly, it is ORDERED that Plaintiff respond to this order no later than July 18, 2021 with a brief letter providing a status update to the Court. If he wishes to pursue the settlement agreement he reached with Defendants in March, he shall execute and submit that agreement. If he does not, he shall so inform the Court in his letter. **If he does not submit a letter as directed, the Court may dismiss this action without prejudice pursuant to Rule 41(b).**

    Plaintiff is also reminded that it is his responsibility to provide the Court with his contact information and to update the Court if that information changes.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Coleman.

SO ORDERED.

Dated: June 18, 2021
        New York, New York

_____
Ronnie Abrams
United States District Judge