USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN COLEMAN,

                Plaintiff,

v.

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 18-CV-11819 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 18, 2021, the Court ordered Plaintiff Brian Coleman to file a letter providing an update on the status of settlement, having been informed by Defendants that Plaintiff had yet to execute and return the settlement paperwork that they had provided him. That Order warned Plaintiff that "If he does not submit a letter as directed, the Court may dismiss this action without prejudice pursuant to Rule 41(b)." Dkt. 64.

Plaintiff has not responded to the Court's order. He shall do so by August 20, 2021. **If he fails to provide the letter as ordered, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b).**

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Coleman.

SO ORDERED.

Dated:    July 23, 2021
            New York, New York

                                                  Ronnie Abrams
                                                 United States District Judge